# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Pacific Life Insurance Company ) | Case No.: 3:15-3394-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **ORDER DIRECTING** |
| ) | **PAYMENT OF FUNDS** |
| Howard B. Townsend, Fred D. Townsend, ) | |
| Jr., and Jean Brown as Personal ) | |
| Representative for the Estate of Kathlyn ) | |
| Leaphart, ) | |
| Defendants. ) | |
| _____ ) | |

THIS MATTER is before me upon the parties' joint request for distribution of funds deposited in the Court's registry. Pursuant to the Amended Consent Order of Interpleader dated December 30, 2015, Plaintiff Pacific Life Insurance Company issued two checks in the total amount of $433,141.42 to be deposited in the Court's registry (ECF No. 27). The parties have now resolved the matter through mediation, and now move the Court to disburse those funds as follows: $102,500 to Howard B. Townsend and the Siddons Law Firm, PC, $102,500 to Fred D. Townsend and the Siddons Law Firm, PC, and $228,141.42 plus all accrued interested to Jean Brown and Turner Padget Graham & Laney, PA.

Therefore, the Clerk of Court is directed to distribute the aforementioned funds as follows:

1. One Hundred Two Thousand Five Hundred no/100 Dollars ($102,500.00) to Howard B. Townsend and the Siddons Law Firm, PC;

2. One Hundred Two Thousand Five Hundred and no/100 Dollars ($102,500.00) to Fred D. Townsend and the Siddons Law Firm, PC; and

TPGL 5202752v1

2.  Two Hundred Twenty Eight Thousand One Hundred Forty One and 42/100 Dollars ($228,141.42) plus all accrued interest to Jean Brown and Turner Padget Graham & Laney, PA.

IT IS SO ORDERED.

*J. Michelle Childs*

_____
J. Michelle Childs
United States District Judge

Columbia, South Carolina

June 1, 2016